IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:15-CR-248** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **ROBERT CORMIER** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 29th day of November, 2016, upon consideration of the correspondence (Doc. 38) filed *pro se* by defendant Robert Cormier ("Cormier"), wherein Cormier requests the court's assistance in resolving an apparent conflict between himself and his appointed counsel, D. Toni Byrd, Esquire ("Attorney Byrd"), and further upon consideration of the response (Doc. 41) of Attorney Byrd, acknowledging the existence of a potential conflict and requesting permission to withdraw as counsel, and the court concluding, based on the representations of Attorney Byrd, that good cause for withdrawal exists, see PA. R. PROF'L CONDUCT 1.16(b)(7); see also LOCAL RULE OF COURT 83.23.2, it is hereby ORDERED that:

1. The request (Doc. 41) for leave to withdraw as counsel is GRANTED.

2. The Clerk of Court shall terminate D. Toni Byrd, Esquire, as counsel for defendant Robert Cormier in the above-captioned case.

3. Michael Morrone, Esquire, 602 Pine Street, Williamsport, Pennsylvania, 17701, telephone number (570) 326-2401, is APPOINTED to represent defendant Robert Cormier in the above-captioned case.

4. The Clerk of Court is DIRECTED to immediately forward all necessary materials to Michael Morrone, Esquire.

5. D. Toni Byrd, Esquire, is DIRECTED to provide Michael Morrone, Esquire, with the file in the above-captioned case forthwith.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania