# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 4:15-CR-248 |
| | : |
| v. | : **(Chief Judge Conner)** |
| | : |
| **ROBERT CORMIER**, | : |
| | : |
| **Defendant** | : |

## **ORDER**

AND NOW, this 24th day of May, 2017, upon consideration of the motion (Doc. 46) to withdraw guilty plea by defendant Robert Cormier ("Cormier"), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Cormier's motion (Doc. 46) to withdraw guilty plea is DENIED.

2. The court will schedule this matter for sentencing by separate order.

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania