IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:15-CR-248** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **ROBERT CORMIER**, | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 21st day of June, 2022, upon consideration of defendant Robert Cormier's *pro se* motion (Doc. 100) to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, and the parties' respective briefs in support of and in opposition thereto, and for the reasons stated in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Cormier's motion (Doc. 121) to supplement the record is GRANTED.

2. Cormier's motion (Doc. 100) to vacate, set aside, or correct his sentence is DENIED.

3. The court finds no basis to issue a certificate of appealability. See 28 U.S.C. § 2255 Rule 11(a).

4. The Clerk of Court is directed to close the corresponding civil case number 4:20-CV-284.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania